UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**Order Filed on May 4, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**JANE M. ESTES,**

           **Debtor**

Case No.: 20-10675-SLM

Judge: Stacey L. Meisel

Hearing Date: April 22, 2020

**ORDER ~~EXTENDING~~ DENYING TIME TO FILE PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**:

**DATED: May 4, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Jane M. Estes |
| Case No.: | 20-10675-SLM |
| Caption of Order: | Order ~~Extending~~ **Denying** Time to File Proof of Claim |

Upon the Motion of Capital One Auto Finance, a division of Capital One, N.A. to Extend Time to File a Proof of Claim, and for cause shown, it is

**ORDERED** that **the Motion of** Capital One Auto Finance, a division of Capital One, N.A.** ~~shall have until April 30, 2020 to file a proof of claim in this bankruptcy case.~~

**is denied because Capital One Auto Finance failed to demonstrate entitlement to file a late claim under any of the exceptions enumerated in Federal Rule of Bankruptcy Procedure 3002(c).