UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**JANE M. ESTES,**

              **Debtor**

Order Filed on May 4, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-10675-SLM

Judge: Stacey L. Meisel

Hearing Date: April 22, 2020

## ORDER ~~EXTENDING~~ DENYING TIME TO FILE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**:

**DATED: May 4, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

Debtor: Jane M. Estes
Case No.: 20-10675-SLM
Caption of Order: Order ~~Extending~~ Time to File Proof of Claim
^Denying

Upon the Motion of Capital One Auto Finance, a division of Capital One, N.A. to Extend Time to File a Proof of Claim, and for cause shown, it is

**ORDERED** that Capital One Auto Finance, a division of Capital One, N.A.ᵛ ~~shall have~~** 
^the Motion of
~~until April 30, 2020 to file a proof of claim in this bankruptcy case.~~

```
**is denied because Capital One Auto Finance failed to demonstrate entitlement to
file a late claim under any of the exceptions enumerated in Federal Rule of
Bankruptcy Procedure 3002(c).
```

United States Bankruptcy Court
District of New Jersey

In re:  
Jane M. Estes  
    Debtor

Case No. 20-10675-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 04, 2020  
                  Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.  
db          +Jane M. Estes,    403 Gregory Avenue,    Weehawken, NJ 07086-5601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National  
        Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance  
        jschwartz@mesterschwartz.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas Fitzgerald    on behalf of Debtor Jane M. Estes Fitz2Law@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 5