UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 20-10675
Chapter: 13
Adv. No.:
Hearing Date: 04/13/2022
Judge: MEISEL

In Re: Jane Estes

## CERTIFICATION OF SERVICE

1. I, **Nadia Loftin**:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Nicholas Fitzgerald, Esq.**, who represents **Jane Estes** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **March 08, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and
   Notice of Filing of Modification of Plan After Confirmation and Notice of Hearing Thereon

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 08, 2022

Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jane M. Estes<br>403 Gregory Avenue<br>Weehawken, NJ 07086 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Administrative Services**
Po Box 644006
Cincinnati, OH 45264-4006

**American Honda Finance**
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

**American Honda Finance Corporation**
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One**
PO Box 105474
Atlanta, GA 30348

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Capital One, N.A.**
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

**Capital One, N.A.**
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Certified Credit & Collection**
PO Box 1750
Whitehouse Station, NJ 08889

**Chase Card Services**
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

**DocuSign Inc**
1301 2nd avenue Suite 2000
Seattle, WA 98101

**Englewood Health**
PO Box 48304
Newark, NJ 07101

**Englewood Health**
Physicians Network
AttN: 14564Y
PO Box 14000
Belfast, ME 04915-4033

**Englewood Hospital**
and Medical Center
PO Box 48304
Newark, NJ 07101

**Englewood Hospital**
and Medical Center
350 Engle Street
Englewood, NJ 07631

**Fleischer Fleischer & Suglia PC**
Four Greentree Centre, Suite 305
601 Route 73 North
Marlton, NJ 08053-3470

**GB Collects LLC**
c/o Horizon Blue Cross
Blue Shield of NJ
1253 Haddonfield Berlin Road
Voorhees, NJ 08043

**GB Collects LLC**
c/o Hrozion Blue Cross
Blue Shield of NJ
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Laboratory Corporation**
of America
PO Box 2240
Burlington, NC 27216-2240

**Leaf**
Po Box 742647
Cincinnati, OH 45274-2647

**LEAF Capital Funding, LLC**
c/o Legal Department
2005 Market St. 14th Floor
Philadelphia, PA 19103

**Lisanne McDonald**
10 East 29th Street Apt 26E
New York, NY 10016

**New Jersey Eye and**
Ear LLC
PO Box 2247
Clifton, NJ 07015-2247

**PNC Bank, N.A.**
3232 Newmark Drive
Miamisburg, OH 45342

**Pnc Mortgage**
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

**State Farm Fire**
& Casualty Company
3 Ravina Drive
Atlanta, GA 30346-2117

**USDOE/GLELSI**
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707