Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10675−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane M. Estes
   403 Gregory Avenue
   Weehawken, NJ 07086

Social Security No.:
   xxx−xx−5459

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 14, 2022.

Dated: April 14, 2022
JAN: ntp

          Jeanne Naughton
          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                             Case No. 20-10675-SLM
Jane M. Estes                                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                          Page 1 of 3
Date Rcvd: Apr 14, 2022                      Form ID: plncf13                                  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane M. Estes, 403 Gregory Avenue, Weehawken, NJ 07086-5601 |
| 518662532 | | Administrative Services, Po Box 644006, Cincinnati, OH 45264-4006 |
| 518728386 | | Englewood Health, Physicians Network, AttN: 14564Y, PO Box 14000, Belfast, ME 04915-4033 |
| 518728385 | + | Englewood Health, PO Box 48304, Newark, NJ 07101-8504 |
| 518728387 | + | Englewood Hospital, and Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 518728391 | + | Englewood Hospital, and Medical Center, 350 Engle Street, Englewood, NJ 07631-1808 |
| 518662538 | | Fleischer Fleischer & Suglia PC, Four Greentree Centre, Suite 305, 601 Route 73 North, Marlton, NJ 08053-3470 |
| 518792164 | + | GB Collects LLC, c/o Horizon Blue Cross, Blue Shield of NJ, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847 |
| 518728388 | | GB Collects LLC, c/o Hrozion Blue Cross, Blue Shield of NJ, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847 |
| 518725912 | + | LEAF Capital Funding, LLC, c/o Legal Department, 2005 Market St. 14th Floor, Philadelphia, PA 19103-7009 |
| 518728389 | | Laboratory Corporation, of America, PO Box 2240, Burlington, NC 27216-2240 |
| 518662539 | | Leaf, Po Box 742647, Cincinnati, OH 45274-2647 |
| 518728390 | | New Jersey Eye and, Ear LLC, PO Box 2247, Clifton, NJ 07015-2247 |
| 518792165 | + | State Farm Fire, & Casualty Company, 3 Ravina Drive, Atlanta, GA 30346-2118 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 14 2022 20:35:38 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518662533 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 14 2022 20:33:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518666542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 14 2022 20:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518662534 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2022 20:35:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518662535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2022 20:35:36 | Capital One, PO Box 105474, Atlanta, GA 30348-5474 |
| 518703711 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2022 20:35:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518779741 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2022 20:35:29 | Capital One, N.A., 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

Case 20-10675-SLM    Doc 63    Filed 04/16/22    Entered 04/17/22 00:17:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 518768180 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2022 20:35:45 | Capital One, N.A., AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518728384 | + | Email/Text: bankruptcy@certifiedcollection.com | Apr 14 2022 20:32:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518662537 | + | Email/Text: billing@docusign.com | Apr 14 2022 20:33:00 | DocuSign Inc, 1301 2nd avenue Suite 2000, Seattle, WA 98101-3810 |
| 518662536 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2022 20:35:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518704937 | + | Email/Text: RASEBN@raslg.com | Apr 14 2022 20:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518773060 |   | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2022 20:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518662541 |   | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2022 20:32:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518662542 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 14 2022 20:32:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518662540 | ##+ | Lisanne McDonald, 10 East 29th Street Apt 26E, New York, NY 10016-7438 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Jane M. Estes nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 14, 2022 | Form ID: plncf13 | Total Noticed: 31 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Debtor Jane M. Estes fitz2law@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6