| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jane M. Estes<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5459<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10675–SLM | |

# Order of Discharge                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jane M. Estes

<u>3/5/25</u>                                        **By the court:** <u>Stacey L. Meisel</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10675-SLM |
| Jane M. Estes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 05, 2025 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane M. Estes, 403 Gregory Avenue, Weehawken, NJ 07086-5601 |
| 518662532 | | Administrative Services, Po Box 644006, Cincinnati, OH 45264-4006 |
| 520548389 | | Capital One Bank, PO Box 85057, Richmond, VA 23285-5057 |
| 518728386 | | Englewood Health, Physicians Network, AttN: 14564Y, PO Box 14000, Belfast, ME 04915-4033 |
| 518728385 | + | Englewood Health, PO Box 48304, Newark, NJ 07101-8504 |
| 518728391 | + | Englewood Hospital, and Medical Center, 350 Engle Street, Englewood, NJ 07631-1808 |
| 518728387 | + | Englewood Hospital, and Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 518662538 | | Fleischer Fleischer & Suglia PC, Four Greentree Centre, Suite 305, 601 Route 73 North, Marlton, NJ 08053-3470 |
| 518662539 | | Leaf, Po Box 742647, Cincinnati, OH 45274-2647 |
| 518662540 | + | Lisanne McDonald, 10 East 29th Street Apt 26E, New York, NY 10016-7438 |
| 518728390 | | New Jersey Eye and, Ear LLC, PO Box 2247, Clifton, NJ 07015-2247 |
| 518792165 | + | State Farm Fire, & Casualty Company, 3 Ravina Drive, Atlanta, GA 30346-2118 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 06 2025 01:35:00 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2025 21:00:05 | Capital One Auto Fianance, a division of Capital One, N/A, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518662533 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 05 2025 20:42:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518666542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 05 2025 20:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518662534 | + | EDI: CAPITALONE.COM | Mar 06 2025 01:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518662534 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 21:01:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518662535 | + | EDI: CAPITALONE.COM | Mar 06 2025 01:35:00 | Capital One, PO Box 105474, Atlanta, GA 30348-5474 |
| 518662535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 20:49:28 | Capital One, PO Box 105474, Atlanta, GA 30348-5474 |
| 518703711 | + | EDI: AIS.COM | Mar 06 2025 01:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 518703711 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2025 20:48:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518779741 | + | EDI: AIS.COM | Mar 06 2025 01:35:00 | Capital One, N.A., 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518779741 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2025 21:01:06 | Capital One, N.A., 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518768180 | + | EDI: AIS.COM | Mar 06 2025 01:35:00 | Capital One, N.A., AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518768180 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2025 20:59:48 | Capital One, N.A., AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518728384 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 05 2025 20:42:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518662536 | + | EDI: JPMORGANCHASE | Mar 06 2025 01:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518662536 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2025 20:49:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518662537 | + | Email/Text: billing@docusign.com | Mar 05 2025 20:42:00 | DocuSign Inc, 1301 2nd avenue Suite 2000, Seattle, WA 98101-3810 |
| 518792164 | + | Email/Text: bankruptcy@gbcollects.com | Mar 05 2025 20:41:00 | GB Collects LLC, c/o Horizon Blue Cross, Blue Shield of NJ, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847 |
| 518728388 | | Email/Text: bankruptcy@gbcollects.com | Mar 05 2025 20:41:00 | GB Collects LLC, c/o Hrozion Blue Cross, Blue Shield of NJ, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847 |
| 518704937 | + | Email/Text: RASEBN@raslg.com | Mar 05 2025 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518728389 | | Email/Text: govtaudits@labcorp.com | Mar 05 2025 20:41:00 | Laboratory Corporation, of America, PO Box 2240, Burlington, NC 27216-2240 |
| 518725912 | + | Email/Text: bankruptcymail@leafnow.com | Mar 05 2025 20:41:00 | LEAF Capital Funding, LLC, c/o Legal Department, 2005 Market St. 14th Floor, Philadelphia, PA 19103-7009 |
| 518773060 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2025 20:41:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518662541 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2025 20:41:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518662542 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 05 2025 20:42:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 20-10675-SLM    Doc 77    Filed 03/07/25    Entered 03/09/25 00:13:06    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2025 | Form ID: 3180W | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2025              Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Jane M. Estes jfitzpatrick@lsnj.org nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jane M. Estes fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6